1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLEVELAND EVANS,

11           Plaintiff,                    No. CIV S-04-2151 LKK GGH P

12       vs.

13   JEANNE WOODFORD, et al.,

14           Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16           By order filed September 12, 2005, plaintiff's claims against defendants

17   Woodford and Knowles were dismissed and thirty days leave to file a third amended complaint

18   was granted with respect to any claim by plaintiff as to Woodford and Knowles.  The thirty day

19   period has now expired, and plaintiff has not filed a third amended complaint.  By separate order,

20   the court has found the second amended complaint states a colorable claim against another

21   individual, defendant Nicholas.  For the reasons set forth in the September 12, 2005 order, the

22   court now recommends dismissal of defendants Woodford and Knowles.

23           Accordingly, IT IS HEREBY RECOMMENDED that defendants Woodford and

24   Knowles be dismissed from this action.

25           These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1  days after being served with these findings and recommendations, plaintiff may file written

2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

4  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

5  F.2d 1153 (9th Cir. 1991).

6  DATED: 11/29/05

7

8                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

9  GGH/009:035
   evan2151.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26