1
2
3
4
5
6
7
8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11 CLEVELAND EVANS,

12          Plaintiff,                    No. CIV S-04-2151 LKK GGH P

13     vs.

14 JEANNE WOODFORD, et al.,

15          Defendants.                   ORDER

16 _____/

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action
18 filed pursuant to 42 U.S.C. § 1983.  By order filed September 12, 2005, plaintiff's claims against
19 two defendants were dismissed with leave granted plaintiff to file a third amended complaint.
20 Plaintiff did not file a third amended complaint.  By findings and recommendations concurrently
21 filed, the undersigned recommends dismissal of two of the defendants.
22          The second amended complaint states a cognizable claim for relief as to defendant
23 RN Nicholas pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the
24 amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of
25 this action.
26 \\\\\

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant: RN Nicholas.

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one summons, an instruction sheet and a copy of the second amended complaint filed on April 22, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Two (2) copies of the endorsed second amended complaint filed April 22, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 11/29/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

evan2151.2amd.

```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CLEVELAND EVANS,
11          Plaintiff,                    No. CIV S-04-2151 LKK GGH P
12      vs.
13   JEANNE WOODFORD, et al.,
14                                             NOTICE OF SUBMISSION
15          Defendants.                          OF DOCUMENTS
16   _____/
17          Plaintiff hereby submits the following documents in compliance with the court's
18   order filed _____:
19          __1__    completed summons form
20          __1__    completed USM-285 forms
21          __2__    copies of the __April 22, 2005__
                                    Second Amended Complaint
22   DATED:
23
24                                              _____
                                                Plaintiff
25
26
```